*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 13-BG-981**

IN RE: ROSEMARY FOSTER,
                              Respondent.
**Bar Registration No. 207332**                    **BDN: 496-11**

BEFORE:    McLeese, Associate Judge, and Terry and Farrell, Senior Judges.

**ORDER**
(FILED - December 19, 2013)

On consideration of the certified order of the Supreme Court of the State of Oregon that suspended respondent from the practice of law for a period of thirty days with reinstatement conditioned on respondent taking the Multistate Professional Responsibility Exam (MPRE) and earning a scaled score of 85 or greater; this court's September 18, 2013, order suspending respondent pending further action of the court and directing her to show cause why reciprocal discipline should not be imposed; the statement of Bar Counsel regarding reciprocal discipline; and it appearing that respondent failed to respond to this court's order, but did file a D.C. Bar R. XI, §14 (g) affidavit on October 5, 2013, it is

ORDERED that respondent Rosemary Foster is hereby suspended from the practice of law in the District of Columbia for a period of thirty days, *nunc pro tunc* to October 5, 2013, with reinstatement contingent on her taking the MPRE and earning a scaled score of 85 or greater. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**